**Premier Entertainment Biloxi LLC**
**Projected Balance Sheet**
**As of May 1, 2007**

|  | Without EXIT Financing | With EXIT Financing |
|---|---:|---:|
|  | (in '000's) | (in '000's) |
| **ASSETS** | | |
| Cash Unrestricted | $ 159 | $ - |
| Hard Rock LOC | 1,000 | 1,000 |
| Cash at US Bank | 81,290 | 10,750 |
| Total Cash | 82,449 | 11,750 |
| Receivables | 278 | 278 |
| Prepaid Expenses | 1,850 | 1,850 |
| Deposits | 9 | 9 |
| Total Current Assets | 84,586 | 13,887 |
| Fixed Assets | 94,343 | 94,343 |
| CIP | 76,269 | 76,269 |
| Accumulated Depreciation | (1,349) | (1,349) |
| Net Property, Plant & Equipment | 169,263 | 169,263 |
| Other Assets | 5,131 | 1,581 |
| **Total Assets** | $ 258,981 | $ 184,731 |
| **LIABILITIES & MEMBER EQUITY** | | |
| Affiliate A/P | $ 16,010 | $ 4,756 |
| Pre - Petition A/P | 14,640 | 2,007 |
| Post - Petition A/P | 1,014 | 1,014 |
| Deferred Revenue | 198 | 198 |
| Non - Affiliate interest payable | 6,151 | 44 |
| Accrued Payroll & PR Related | - | - |
| Affiliate interest payable | 2,262 | 2,262 |
| Total Current Liabilities | 40,275 | 10,281 |
| Notes Payable BHR | 8,100 | 8,100 |
| Senior Note - BHR | - | 133,475 |
| Junior Note - LRE | 15,522 | 15,522 |
|  | 23,622 | 157,097 |
| Senior Notes/US Bank | 158,531 | - |
| IGT | 12,871 | - |
| People's Bank | 1,250 | - |
| Total Long-Term Notes Payable | 172,652 | - |
| **Total Liabilities** | 236,549 | 167,377 |
| **Member's Equity** | 22,432 | 17,354 |
| **Total Liabilities and Equity** | $ 258,981 | $ 184,731 |



EXHIBIT "C"

**Hard Rock Casino & Hotel Biloxi**
**Preliminary Projected Income Statement**
July 2007 - June 2008

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | | | | | | | |
| **Gaming Revenue** | | | | | | | | | | | | | |
| Table Games | 3,380,200 | 3,138,400 | 2,998,000 | 3,017,500 | 2,803,000 | 2,856,300 | 2,936,900 | 2,784,800 | 3,017,500 | 2,959,000 | 3,098,100 | 3,115,000 | 36,104,700 |
| Slots | 9,496,579 | 9,280,748 | 8,009,524 | 7,862,683 | 7,408,810 | 7,448,857 | 7,655,770 | 7,355,413 | 8,069,595 | 8,209,762 | 8,690,333 | 8,810,476 | 98,298,550 |
| Poker | 55,800 | 55,800 | 54,000 | 55,800 | 54,000 | 55,800 | 55,800 | 52,200 | 55,800 | 54,000 | 55,800 | 54,000 | 658,800 |
| Total Gaming Revenue | 12,932,579 | 12,474,948 | 11,061,524 | 10,935,983 | 10,265,810 | 10,360,957 | 10,648,470 | 10,192,413 | 11,142,895 | 11,222,762 | 11,844,233 | 11,979,476 | 135,062,050 |
| **Hotel Revenue** | | | | | | | | | | | | | |
| Hotel | 1,699,891 | 1,661,611 | 1,552,928 | 1,585,051 | 1,460,520 | 1,412,791 | 1,298,672 | 1,252,051 | 1,380,383 | 1,402,246 | 1,489,603 | 1,476,356 | 17,672,103 |
| Spa | 69,147 | 69,147 | 66,917 | 69,147 | 66,917 | 69,147 | 69,795 | 65,349 | 69,773 | 67,572 | 69,773 | 67,572 | 820,257 |
| Total Hotel Revenue | 1,769,038 | 1,730,758 | 1,619,845 | 1,654,198 | 1,527,437 | 1,481,938 | 1,368,467 | 1,317,401 | 1,450,156 | 1,469,818 | 1,559,376 | 1,543,928 | 18,492,360 |
| **Food Revenue** | | | | | | | | | | | | | |
| Buffet | 637,034 | 614,738 | 561,861 | 555,256 | 547,427 | 552,375 | 567,697 | 543,513 | 594,297 | 598,911 | 632,174 | 669,932 | 7,075,215 |
| Fine Dining | 194,688 | 187,874 | 171,714 | 169,696 | 159,336 | 160,776 | 166,236 | 159,197 | 173,978 | 175,321 | 185,003 | 187,129 | 2,090,949 |
| 24 / 7 Café | 70,158 | 67,702 | 61,879 | 61,152 | 57,418 | 57,937 | 59,544 | 57,008 | 62,334 | 62,818 | 66,307 | 67,074 | 751,333 |
| Room Service | 17,851 | 17,851 | 17,275 | 17,851 | 17,275 | 17,851 | 18,018 | 16,870 | 18,012 | 17,444 | 18,012 | 17,444 | 211,751 |
| Banquets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Food Revenue | 919,730 | 888,164 | 812,729 | 803,954 | 781,457 | 788,939 | 811,495 | 776,588 | 848,622 | 854,494 | 901,497 | 941,579 | 10,129,248 |
| **Beverage Revenue** | | | | | | | | | | | | | |
| Casino | 236,637 | 228,354 | 208,713 | 206,259 | 193,668 | 195,418 | 200,839 | 192,283 | 210,249 | 211,881 | 223,649 | 226,234 | 2,534,183 |
| Center Bar | 78,665 | 75,911 | 69,382 | 68,566 | 64,380 | 64,962 | 66,764 | 63,920 | 69,893 | 70,435 | 74,347 | 75,206 | 842,432 |
| G Spot | 28,063 | 27,081 | 24,752 | 24,461 | 22,967 | 23,175 | 24,318 | 23,303 | 25,434 | 25,627 | 27,023 | 27,329 | 303,533 |
| Hard Rock Live | 61,740 | 74,813 | 59,220 | 59,220 | 58,590 | 59,850 | 60,050 | 60,050 | 60,680 | 66,935 | 82,213 | 83,000 | 786,360 |
| Pool Bar | 93,950 | 93,950 | 72,736 | 46,975 | 0 | 0 | 1,450 | 1,450 | 29,890 | 45,905 | 75,840 | 91,810 | 553,956 |
| Total Beverage Revenue | 499,054 | 500,109 | 434,802 | 405,481 | 339,605 | 343,405 | 353,421 | 341,006 | 396,145 | 420,784 | 483,072 | 503,580 | 5,020,464 |
| **Other Revenue** | | | | | | | | | | | | | |
| Retail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Entertainment (Ticket) | 246,960 | 299,250 | 236,880 | 236,880 | 234,360 | 239,400 | 239,400 | 239,400 | 241,920 | 353,080 | 305,550 | 308,700 | 3,181,780 |
| Rental Income | 51,292 | 49,805 | 46,278 | 45,837 | 43,576 | 43,891 | 44,864 | 43,328 | 46,554 | 45,025 | 45,114 | 45,534 | 551,099 |
| Other | 147,332 | 142,175 | 129,946 | 128,418 | 120,579 | 121,668 | 125,043 | 119,717 | 130,902 | 131,919 | 139,245 | 140,855 | 1,577,799 |
| Total Other Revenue | 445,584 | 491,230 | 413,104 | 411,136 | 398,515 | 404,959 | 409,307 | 402,444 | 419,376 | 530,024 | 489,910 | 495,089 | 5,310,679 |
| **Gross Revenue** | 16,565,986 | 16,085,210 | 14,342,003 | 14,210,752 | 13,312,824 | 13,380,199 | 13,591,160 | 13,029,852 | 14,257,194 | 14,497,882 | 15,278,088 | 15,463,652 | 174,014,801 |
| Less: Complimentary Revenue | 1,861,674 | 1,856,436 | 1,719,308 | 1,723,106 | 1,645,339 | 1,679,764 | 1,696,730 | 1,613,510 | 1,747,097 | 1,782,534 | 1,852,470 | 1,867,348 | 21,045,318 |
| Less: EITF | | | | | | | | | | | | | |
| Net Revenue | 14,704,312 | 14,228,774 | 12,622,695 | 12,487,645 | 11,667,485 | 11,700,435 | 11,894,429 | 11,416,342 | 12,510,097 | 12,715,348 | 13,425,618 | 13,596,303 | 152,969,483 |


EXHIBIT

**Hard Rock Casino & Hotel Biloxi**
**Preliminary Projected Income Statement**
July 2007 - June 2008

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | | | | | | | |
| **Casino Expenses** | | | | | | | | | | | | | |
| Casino Admin | 22,721 | 22,721 | 22,721 | 22,721 | 22,730 | 22,730 | 22,416 | 22,393 | 22,418 | 22,391 | 22,412 | 22,390 | 270,765 |
| Table Games | 1,770,559 | 1,735,701 | 1,671,292 | 1,672,103 | 1,571,633 | 1,587,819 | 1,630,013 | 1,584,582 | 1,657,967 | 1,721,182 | 1,760,925 | 1,773,025 | 20,136,801 |
| Slots | 3,348,656 | 3,314,704 | 3,094,583 | 3,072,104 | 2,942,778 | 2,969,627 | 3,015,651 | 2,919,033 | 3,118,631 | 3,170,996 | 3,285,394 | 3,317,134 | 37,569,290 |
| Poker | 51,587 | 51,587 | 51,371 | 51,587 | 44,359 | 44,575 | 44,693 | 44,211 | 44,250 | 51,175 | 51,900 | 51,597 | 582,894 |
| VIP Services | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 18,600 |
| Cage | 268,733 | 265,987 | 257,507 | 256,753 | 253,389 | 253,960 | 256,356 | 253,306 | 257,687 | 258,160 | 261,965 | 262,024 | 3,105,827 |
| Count Room | 37,056 | 37,056 | 37,056 | 37,056 | 37,171 | 37,171 | 37,288 | 37,135 | 37,095 | 37,181 | 37,027 | 37,027 | 445,316 |
| Surveillance | 65,527 | 65,527 | 65,527 | 65,527 | 65,678 | 65,678 | 65,900 | 64,396 | 65,240 | 64,155 | 64,150 | 64,150 | 781,454 |
| Total Casino Expense | 5,566,389 | 5,494,833 | 5,201,607 | 5,179,401 | 4,939,287 | 4,983,109 | 5,073,867 | 4,926,607 | 5,204,839 | 5,326,790 | 5,485,323 | 5,528,896 | 62,910,948 |
| **Hotel Expenses** | | | | | | | | | | | | | |
| Hotel | 573,520 | 573,281 | 567,720 | 572,803 | 536,285 | 540,868 | 551,083 | 536,244 | 572,655 | 570,038 | 566,058 | 560,879 | 6,721,434 |
| Spa | 67,619 | 67,620 | 67,375 | 67,622 | 67,519 | 67,766 | 79,517 | 78,291 | 77,315 | 77,578 | 76,730 | 77,573 | 872,527 |
| Total Hotel Expense | 641,140 | 640,902 | 635,095 | 640,426 | 603,804 | 608,634 | 630,600 | 614,535 | 649,969 | 647,616 | 642,788 | 638,452 | 7,593,960 |
| **Food Expenses** | | | | | | | | | | | | | |
| Administration | 42,737 | 42,737 | 42,737 | 42,737 | 42,781 | 42,781 | 42,715 | 42,488 | 41,939 | 42,161 | 42,238 | 41,780 | 509,832 |
| Buffet | 745,807 | 733,571 | 704,550 | 700,927 | 667,700 | 670,417 | 688,140 | 679,997 | 722,460 | 724,631 | 742,995 | 762,805 | 8,544,000 |
| Fine Dining | 141,009 | 138,467 | 132,440 | 131,687 | 128,054 | 128,591 | 130,458 | 127,650 | 133,299 | 133,681 | 137,341 | 137,697 | 1,600,376 |
| 24 / 7 Café | 114,705 | 113,793 | 111,631 | 111,361 | 105,044 | 105,237 | 106,101 | 105,150 | 112,137 | 111,953 | 113,611 | 113,496 | 1,324,219 |
| Room Service | 36,898 | 36,898 | 36,582 | 36,898 | 36,750 | 37,067 | 37,244 | 36,608 | 37,061 | 36,655 | 36,961 | 36,649 | 442,270 |
| Banquets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Food Expense | 1,081,156 | 1,065,466 | 1,027,940 | 1,023,610 | 980,330 | 984,093 | 1,004,658 | 991,894 | 1,046,897 | 1,049,081 | 1,073,146 | 1,092,427 | 12,420,697 |
| **Beverage Expenses** | | | | | | | | | | | | | |
| Administration | 37,054 | 37,065 | 36,412 | 36,119 | 35,540 | 35,578 | 35,784 | 35,657 | 36,126 | 36,328 | 36,948 | 37,153 | 435,762 |
| Casino | 335,813 | 331,210 | 320,292 | 318,929 | 288,741 | 289,715 | 306,924 | 298,385 | 324,919 | 324,551 | 331,043 | 332,480 | 3,803,004 |
| Center Bar | 31,686 | 31,121 | 29,779 | 29,612 | 28,797 | 28,917 | 29,344 | 28,768 | 30,130 | 29,987 | 30,758 | 30,950 | 359,849 |
| G Spot | 8,085 | 7,889 | 7,423 | 7,365 | 7,066 | 7,107 | 7,236 | 6,892 | 7,360 | 7,173 | 7,359 | 7,424 | 88,377 |
| Hard Rock Live | 17,246 | 19,861 | 16,742 | 16,742 | 16,616 | 16,868 | 16,868 | 16,868 | 16,994 | 18,245 | 21,301 | 21,458 | 215,811 |
| Pool Bar | 19,712 | 19,712 | 15,469 | 10,317 | 0 | 0 | 0 | 0 | 6,760 | 10,228 | 4,639 | 4,519 | 91,355 |
| Total Beverage Expense | 449,597 | 446,857 | 426,117 | 419,084 | 376,760 | 378,186 | 396,156 | 386,570 | 422,289 | 426,511 | 432,047 | 433,984 | 4,994,159 |
| **Other Expenses** | | | | | | | | | | | | | |
| Retail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **General & Admin Expenses** | | | | | | | | | | | | | |
| Administration | 105,318 | 105,318 | 105,317 | 105,318 | 105,334 | 105,335 | 104,599 | 104,536 | 104,355 | 105,839 | 104,344 | 104,538 | 1,260,151 |
| Legal & Compliance | 40,894 | 40,894 | 40,894 | 40,894 | 40,921 | 40,921 | 40,938 | 40,932 | 40,913 | 40,892 | 40,897 | 40,891 | 490,882 |
| Accounting | 119,255 | 119,255 | 119,254 | 119,255 | 119,450 | 119,450 | 121,773 | 120,681 | 119,919 | 119,299 | 119,303 | 119,292 | 1,436,184 |
| Human Resources | 107,433 | 107,434 | 107,435 | 107,436 | 107,516 | 107,518 | 107,465 | 107,451 | 117,223 | 110,817 | 123,675 | 119,292 | 1,402,067 |
| Security | 201,827 | 201,827 | 201,827 | 201,827 | 190,119 | 190,119 | 190,734 | 190,664 | 202,413 | 202,028 | 203,006 | 202,004 | 2,378,415 |
| Valet / Transportation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Info Technology | 120,949 | 120,949 | 120,949 | 120,949 | 121,029 | 121,029 | 121,240 | 131,238 | 129,655 | 129,610 | 129,608 | 117,108 | 1,484,314 |
| Purchasing / Receiving | 29,931 | 29,931 | 29,931 | 29,931 | 29,993 | 29,993 | 30,087 | 29,735 | 29,871 | 29,636 | 29,634 | 29,634 | 358,309 |
| Wardrobe | 11,573 | 11,573 | 11,573 | 11,573 | 11,600 | 11,600 | 11,628 | 11,627 | 11,599 | 11,585 | 11,584 | 11,584 | 139,097 |
| Total G & A Expense | 737,180 | 737,181 | 737,180 | 737,183 | 725,962 | 725,965 | 728,463 | 736,884 | 755,948 | 749,707 | 762,051 | 815,715 | 8,949,420 |



EXHIBIT  "3"

**Hard Rock Casino & Hotel Biloxi**
**Preliminary Projected Income Statement**
**July 2007 - June 2008**

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales & Marketing Expenses** | | | | | | | | | | | | | |
| Administration | 25,101 | 25,101 | 25,101 | 25,101 | 25,119 | 25,119 | 25,079 | 25,073 | 25,062 | 25,047 | 24,327 | 24,322 | 299,552 |
| Sales & Motor Coach | 177,976 | 177,976 | 177,976 | 177,976 | 178,029 | 178,029 | 178,051 | 154,257 | 214,746 | 206,714 | 177,964 | 177,962 | 2,177,653 |
| Advertising & Public Relations | 317,036 | 314,536 | 359,536 | 359,536 | 247,072 | 242,572 | 317,112 | 314,610 | 359,575 | 359,492 | 246,992 | 242,366 | 3,680,436 |
| Casino Marketing | 947,674 | 219,924 | 237,412 | 242,174 | 237,439 | 242,201 | 242,268 | 240,743 | 250,239 | 290,462 | 295,223 | 289,261 | 3,735,022 |
| Players Club | 525,335 | 515,222 | 471,830 | 464,653 | 442,699 | 444,656 | 525,781 | 467,207 | 537,991 | 483,775 | 556,007 | 511,254 | 5,946,410 |
| Entertainment | 434,426 | 434,426 | 434,426 | 434,426 | 434,461 | 434,462 | 433,993 | 435,008 | 430,971 | 434,419 | 423,200 | 439,203 | 5,203,422 |
| Total S & M Expense | 2,427,549 | 1,687,185 | 1,706,281 | 1,703,867 | 1,564,818 | 1,567,038 | 1,722,283 | 1,636,897 | 1,818,584 | 1,799,909 | 1,723,713 | 1,684,368 | 21,042,495 |
| **Property Operations Expenses** | | | | | | | | | | | | | |
| Porters | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 35,750 | 429,000 |
| Building & Grounds | 190,122 | 190,122 | 190,122 | 190,122 | 190,122 | 190,122 | 193,009 | 193,001 | 192,765 | 192,634 | 192,628 | 192,626 | 2,297,393 |
| Utilities | 200,200 | 196,900 | 187,000 | 178,750 | 172,700 | 166,650 | 166,650 | 166,650 | 166,650 | 166,650 | 172,700 | 178,750 | 2,120,250 |
| Total Property Ops Expense | 426,072 | 422,772 | 412,872 | 404,622 | 398,572 | 392,522 | 395,409 | 395,401 | 395,165 | 395,034 | 401,078 | 407,126 | 4,846,643 |
| **Fixed Expenses** | | | | | | | | | | | | | |
| Rank License Fees | 26,208 | 26,324 | 17,005 | 17,230 | 10,576 | 8,773 | 171,631 | 169,530 | 176,524 | 182,707 | 186,110 | 187,038 | 1,179,656 |
| Management Fees | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 2,000,000 |
| Property Leases | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 113,334 | 1,360,004 |
| Insurance | 523,800 | 523,801 | 523,802 | 523,803 | 519,661 | 519,662 | 520,430 | 520,324 | 522,165 | 523,678 | 523,523 | 523,523 | 6,268,173 |
| Property Taxes | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| Total Fixed Expense | 850,009 | 850,126 | 840,807 | 841,033 | 830,237 | 828,435 | 992,061 | 989,855 | 998,689 | 1,006,385 | 1,009,633 | 1,010,562 | 11,047,833 |
| **Gross Costs & Expenses** | 12,179,090 | 11,345,322 | 10,987,899 | 10,949,226 | 10,419,770 | 10,467,982 | 10,943,498 | 10,678,643 | 11,292,381 | 11,401,034 | 11,529,780 | 11,611,531 | 133,806,155 |
| Less: Complimentary Revenue | 1,861,674 | 1,856,436 | 1,719,308 | 1,723,106 | 1,645,339 | 1,679,764 | 1,696,730 | 1,613,510 | 1,747,097 | 1,782,534 | 1,852,470 | 1,867,348 | 21,045,318 |
| Less: EITF | | | | | | | | | | | | | |
| **Net Costs & Expenses** | 10,317,416 | 9,488,886 | 9,268,591 | 9,226,119 | 8,774,431 | 8,788,218 | 9,246,768 | 9,065,133 | 9,545,284 | 9,618,500 | 9,677,310 | 9,744,182 | 112,760,837 |
| **EBITDA** | 4,386,896 | 4,739,888 | 3,354,104 | 3,261,526 | 2,893,054 | 2,912,217 | 2,647,661 | 2,351,209 | 2,964,813 | 3,096,848 | 3,748,308 | 3,852,121 | 40,208,646 |


EXHIBIT